

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

May 9, 2007

Jennifer M. Perez, Civil Division Manager
Hall of Justice, Suite 150
101 S. 5th St.
Camden, NJ 08103

    Re:    Judy McGuriman v. Menu Foods Limited, et al
             Docket No.: L-001548-07

Dear Ms. Perez:

    On behalf of the defendants in the above-captioned matter, we are enclosing a Notice of Removal to the United States District Court for the District of New Jersey. The Notice of Removal was filed with the Clerk of the United States District Court on May 9, 2007. Kindly arrange to have the state court file transmitted to the Clerk of the United States District Court. We note that the above-captioned Complaint is one of at least twenty nine (29) similar lawsuits filed in this state. Twenty nine federal lawsuits have been assigned to the Honorable Noel L. Hillman of the Camden vicinage.

                                   Respectfully submitted,

                                     *Gerard H Hanson*

                                   Gerard H. Hanson, Esq.

GHH:kg
Enclosure
cc:    Clerk, United States District Court
        Alan Milstein, Esq.
        Daniel B. Allanoff

Dockets.Justia.com