Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited
Menu Foods, Inc.,

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY McGURIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, t/a MENU FOODS, a Canadian business entity, and MENU FOODS, INC., t/a MENU FOODS, a New Jersey corporation,<br><br>Defendants | Civil Action No.: 07-cv-2205-NLH-AMD<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants, Menu Foods Limited and Menu Foods, Inc., shall move before the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey sitting in Camden, New Jersey on Friday, June 15, 2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order staying this litigation pending the ruling by the Judicial Panel on Multidistrict Litigation (MDL) with respect to the multiple Motions to Transfer and Consolidate numerous

Class Action Complaints, which applications are presently scheduled for Hearing before the MDL Panel on May 31, 2007 at the United States Courthouse in Las Vegas, Nevada.

In support of the pending Motion, the moving party shall rely upon the Certification of Counsel, Statement in Lieu of Brief as well as this court's prior Order of May 2, 2007 staying 29 putative Class Action Complaints against the Menu Foods defendants.

Respectfully submitted,<br>
HILL WALLACK LLP<br><br>
BY: *Gerard H. Hanson* (signature)<br>
Gerard H. Hanson