Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited
Menu Foods, Inc.,

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY McGURIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, t/a MENU FOODS, a Canadian business entity, and MENU FOODS, INC., t/a MENU FOODS, a New Jersey corporation,<br><br>Defendants | Civil Action No.: 07-cv-2205-NLH-AMD<br><br>STATEMENT IN LIEU OF BRIEF |

The undersigned attorney for the moving party defendants respectfully submits, in accordance with L.Civ. R. 7.1(d)(1), that no Brief is necessary in connection with this Motion to Stay. This application, which is procedural in nature, does not involve any substantive dispute as to an issue of law.

Respectfully submitted,

*Gerard H Hanson*
GERARD H. HANSON