Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited
Menu Foods, Inc.,

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY McGURIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, t/a MENU FOODS, a Canadian business entity, and MENU FOODS, INC., t/a MENU FOODS, a New Jersey corporation,<br><br>Defendants | Civil Action No.: 07-cv-2205-NLH-AMD<br><br>CERTIFICATION OF COUNSEL |

Gerard H. Hanson, of full age, hereby certifies:

1. I am an attorney at law of the State of New Jersey, a partner with the New Jersey law firm of Hill Wallack LLP, and have been retained as Local New Jersey Counsel to represent the interests of the moving party defendants.

2. Edward Ruff, Esquire and Michael Turiello, Esquire of the Chicago, Illinois firm of Pretzel & Stouffer, are serving as National Lead Counsel for the moving party defendants with respect to the "In re Pet Food Product Liability Litigation" pending before the Judicial Panel on

Multidistrict Litigation (MDL). The moving party has filed a Motion seeking the pro hac vice admission of Messrs. Ruff and Turiello, which is returnable on June 1, 2007.

3. This Certification is submitted in support of the Motion to Stay this lawsuit pending the ruling by the Judicial Panel on Multidistrict Litigation with respect to multiple pending Motions to Transfer and Consolidate numerous Class Action Complaints, which applications are presently scheduled for Hearing before the MDL Panel on May 31, 2007 at the Federal Courthouse in Las Vegas, Nevada.

4. This Motion to Stay is consistent with the Order of Judge Noel L. Hillman dated May 2, 2007 staying 29 putative Class Action Complaints pending in the District of New Jersey, which were filed by various plaintiffs against Menu Foods, Inc. and other entities affiliated with Menu Foods, Inc. arising out of the allegation that Menu Foods, Inc. manufactured and sold defective pet food which caused illness and/or death to the cats and dogs of the plaintiffs. Similar to the previously stayed actions, this Complaint, which was removed from the Superior Court of New Jersey, alleges that the plaintiffs suffered damages as a result of their pets consuming food manufactured by the defendants. Pending the outcome of the Motions to Transfer and Consolidate which are pending before the Judicial Panel on Multidistrict Litigation, and consistent with Judge Hillman's prior Order, the moving parties request that this lawsuit also be stayed in accordance with Judge Hillman's May 2, 2007 Order.

Respectfully submitted,

*Gerard H Hanson*
GERARD H. HANSON

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1338 (NLH) **ORDER** |
| SUZANNE THOMSON, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1360 (NLH) |
| LARRY WILSON, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1456 (NLH) |
| PAUL RICHARD, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1457 (NLH) |

| | |
|---|---|
| LINDA TINKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1468 (NLH) |
| JANICE BONIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1477 (NLH) |
| JULIE HIDALGO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1488 (NLH) |
| ALEXANDER NUNEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1490 (NLH) |

| | |
|---|---|
| MARK GOLDING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1521 (NLH) |
| TROY GAGLIARDI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1522 (NLH) |
| KAMI TURTURRO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1523 (NLH) |
| PEGGY SCHNEIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1533 (NLH) |

3

| | |
|---|---|
| LESLIE BERNDL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1553 (NLH) |
| JAYME PITTSONBERGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1561 (NLH) |
| DAVID CARTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1562 (NLH) |
| JIM BULLOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1579 (NLH) |

| | |
|---|---|
| CHRISTINA JOHNSON, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1610 (NLH) |
| JAMES CONNER, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1623 (NLH) |
| MATT LONG, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1624 (NLH) |
| CHANTELLE CONTI, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1638 (NLH) |

| | |
|---|---|
| STEVEN FREEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1646 (NLH) |
| KAREN PIRCHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1685 (NLH) |
| DIANA DIEDRICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1700 (NLH) |
| TODD SOKOLWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1709 (NLH) |

| | |
|---|---|
| MICHELE MCCULLOUGH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1710 (NLH) |
| STEVE COLQUITT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1738 (NLH) |
| LUKE DEBARATHY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1739 (NLH) |
| LOREN BYERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1747 (NLH) |

7

| | |
|---|---|
| LYNNE CARESTIO, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1762 (NLH) |

This matter having come before the Court on Defendants' motions to stay, as well as the Court's inherent power to stay proceedings through the exercise of its sound discretion, see Landis v. North American Co., 299 U.S. 248, 254-55 (1936); and

It appearing that some of the parties in the above-captioned actions have filed motions with the Joint Panel on Multidistrict Litigation to transfer and consolidate these actions;

**IT IS HEREBY ORDERED** on this 2nd day of May, 2007, that the above-captioned actions are stayed until the Joint Panel on Multidistrict Litigation issues a decision on the transfer and consolidation motions currently pending before it in MDL-1850, In re Pet Food Product Liability Litigation.

s/ Noel L. Hillman

At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.