Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited
Menu Foods, Inc.,

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY McGURIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, t/a MENU FOODS, a Canadian business entity, and MENU FOODS, INC., t/a MENU FOODS, a New Jersey corporation,<br><br>Defendants | Civil Action No.: 07-cv-2205-NLH-AMD<br><br>ORDER |

THIS MATTER having been brought before this court by Gerard H. Hanson, Esquire on behalf of Hill Wallack, as New Jersey counsel for the moving party defendants; and this court having previously entered an Order on May 2, 2007 staying all putative Class Actions filed in the District of New Jersey against Menu Foods, Inc. and any of its affiliated companies arising out of allegations that the defendants manufacturer and sold defective pet food, which claims are the

subject of Motions to Transfer and Consolidate presently pending before the Judicial Panel on Multidistrict Litigation; and for good cause being shown:

IT IS on this _____ day of _____, 2007 hereby ORDERED that this action is stayed until the Joint Panel on Multidistrict Litigation issues a decision on the Transfer and Consolidation Motions currently before it in MDL-850, In re Pet Foods Product Liability Litigation.

                                                      Noel L. Hillman, U.S.D.J.