Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited
Menu Foods, Inc.,

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY McGURIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, t/a MENU FOODS, a Canadian business entity, and MENU FOODS, INC., t/a MENU FOODS, a New Jersey corporation,<br><br>Defendants | Civil Action No.: 07-cv-2205-NLH-AMD<br><br>CERTIFICATION OF SERVICE |

I hereby certify that on this date I caused a copy of defendants' Notice of Motion, Certification of Gerard H. Hanson, Statement in Lieu of Brief, and Order (proposed) to be served via Electronic Court Filing upon counsel for the Plaintiffs:

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
Fairway Corporate Center
4300 Haddonfield Rd., Suite 311
Pennsauken, NJ 08109

        Respectfully submitted,
        HILL WALLACK LLP

        BY: *Gerard H. Hanson* (signature)
            Gerard H. Hanson